UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHARISSE CARR,

                                **Plaintiff,**                                23-CV-05731 (SN)

    -against-

**COMMISSIONER OF SOCIAL SECURITY,**                      **ORDER**

                               **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On July 24, 2023, the Honorable John G. Koeltl referred this matter to a magistrate judge for all purposes based on the consent of the parties. See 28 U.S.C. § 636(c).

        The parties are to follow the schedule set out in the standing order at ECF No. 4. All pretrial applications, including those relating to scheduling, must comply with the Individual Practices of Judge Netburn, which are available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. Any application for an extension of time with respect to any deadlines in this matter must be made as soon as the cause for the extension becomes known to the party making the application and must be made in accordance with paragraph I(g) of the Court's Individual Practices.

**SO ORDERED.**

                                                                          _____
                                                                          SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:       July 25, 2023
                  New York, New York