## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

CHARISSE CARR,

                      Plaintiff,

    -against-                                                      23 **CIVIL** 5731(SN)

                                                                                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 5, 2024, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision. On remand, Plaintiff will be offered the opportunity for a new hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      February 5, 2024

                                                                           **RUBY J. KRAJICK**
                                                                             Clerk of Court

                                                       BY:

                                                                            _____

                                                                               **Deputy Clerk**